**FILED**
IN COURT
CHARLOTTE, N. C.

**FEB 28 2007**

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. |
| | ) | |
| vs. | ) | 5:07cr 11 |
| | ) | |
| (1) DEVON TREMAINE ROSE A/k/a "Bang" | ) | ORDER TO SEAL INDICTMENT |
| | ) | |
| (2) JAMES LEONARD MORRIS | ) | |
| (3) GYPSY ANN NORMAN | ) | |
| (4) JASON WARD NORMAN | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment in this matter be sealed, pursuant to the on-going nature of the investigation in this matter;

NOW THEREFORE IT IS ORDERED that the Bill of Indictment in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 28th day of February, 2007.

_____
Carl Horn, III
UNITED STATES MAGISTRATE JUDGE