IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:07-CR-00011-KDB-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| DEVON TREMAINE ROSE, | |
| **Defendant.** | |

This matter is before the Court upon motion (Doc. No. 185) of counsel for Defendant, Devon Tremaine Rose, for a reduction on his revocation sentence to a term of 30 months. The Government consents to a reduction in Defendant's revocation sentence to 30 months. (Doc. No. 187). For the reasons stated in the parties' motion and response, pursuant to the First Step Act of 2018 the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to a revocation sentence of 30 months, and his term of supervised release is reduced to four years.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: June 13, 2023

Kenneth D. Bell
United States District Judge